UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM P. MONOHAN and
DEBRA R. MONAHAN,
    Plaintiffs,

v.                                    Case No.: 3:05-cv-530-J-20MCR

MERCK & COMPANY, INC.,
    Defendant.
_____/

ORDER

Before the Court is Defendant's Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. No. 7, filed July 29, 2005). Upon due consideration, the Court finds that a stay furthers the interests of judicial efficiency and is appropriate in this case. Accordingly, the Defendant's Motion to Stay Judicial Action (Doc. No. 7) is **GRANTED** and this case is hereby **STAYED** for a period of **ninety (90) days**. The parties are directed to notify the Court of any decision by the Judicial Panel on Multidistrict Litigation or any objection to transfer filed by Plaintiffs.

**DONE AND ENTERED** at Jacksonville, Florida, this 1st day of August, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

In the absence of:

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dori K. Stibolt, Esq.
Patricia E. Lowry, Esq.

John B. T. Murray, Jr., Esq.
Michael K. Houtz, Esq.
Russell E. Artille, Esq.